✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ TEXAS

USA

V.

JUAN LUIS SOTO-MORALES

## EXHIBIT AND WITNESS LIST

Case Number:   2:26-CR-002-Z-BR-(1)

| PRESIDING JUDGE<br>Kacsmaryk | | | | | PLAINTIFF'S ATTORNEY<br>Rancourt | DEFENDANT'S ATTORNEY<br>CJ McElroy |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>08/11/2026 | | | | | COURT REPORTER<br>M. Daniel | COURTROOM DEPUTY<br>V.Shrewsbury |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  | A | 8/11/2026 | X | X | Register of Actions - Randall County | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages